...ONY
...ENT
...NICALLY FILED
...LED: 1/22/20

LAW OFFICES
# FREDRIC M. GOLD PC
A PROFESSIONAL CORPORATION

FREDRIC M. GOLD

LAURIE HOCKMAN
LEGAL ASSISTANT

**MEMO ENDORSED**

450 SEVENTH AVE., SUITE 1308
NEW YORK, NEW YORK 10123
212.244.2740
FAX 212.244.2258

www.myrailroadlawyer.net
fredricmgold@verizon.net

> Application GRANTED. The initial case management conference scheduled for January 28, 2020, at 10:00 a.m., is ADJOURNED to **February 6, 2020, at 11:00 a.m.** The deadline for the parties to submit their joint pre-conference letter (*see* Dkt. No. 9 at 2) is EXTENDED to **January 30, 2020**. All other provisions of the Court's Order Scheduling Initial Case Management Conference (Dkt. No. 9) remain in effect. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> January 21, 2020

January 21, 2020

Honorable Magistrate Judge Barbara C. Moses
U.S. District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re: LeClair v. The LIRR
        19 Civ 9790 (LTS)(BCM)

Dear Judge Moses:

As the docket will reflect the within action is scheduled for an initial conference on January 28, 2020.

I was recently scheduled to have a medical procedure on that day which will prevent me from attending the conference. In light of this I am therefore requesting that the conference be adjourned to another date (preferably a Tuesday, Wednesday or Thursday) that is convenient for the Court.

There have been no prior requests for the relief herein requested and J. Dennis McGrath, Esq., attorney for the defendant, has consented to this request.

Wherefore it is respectfully requested that the conference presently scheduled for January 28, 2020 be adjourned.

Your consideration of this request is most appreciated by the undersigned.

Respectfully,

Fredric M. Gold
cc: J. Dennis McGrath, Esq. (VIA ECF)