USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY LECLAIR,

    Plaintiff,

-against-

THE LONG ISLAND RAILROAD COMPANY,

    Defendants.

19-CV-9790 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint pre-conference statement dated January 29, 2020 (Dkt. No. 12), which indicates that "[t]he parties consent to have all proceedings, including trial," before the undersigned Magistrate Judge. If the parties wish to so consent, they may complete the form available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge, and return that form, signed by all parties, to the Clerk of Court.[1]

Dated: New York, New York
       January 31, 2020

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] The form should **not** be filed on the docket or returned to any judge.