UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARY LECLAIR,

    Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

    Defendant.

19-CV-9790 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint letter dated April 8, 2020 – improperly submitted to chambers by email – which reports that they "have exchanged initial disclosure[s] but under the present circumstances, have been unable to proceed with any further discovery as of this date."[1] The letter further reports that "[a]s soon as is practicable, the parties will move forward with discovery and consult the Court at its conclusion with regard to the scheduling of a settlement conference."

    Counsel are reminded that, unless otherwise authorized, letters and other filings must be submitted to the Court via electronic case filing (ECF). *See* Moses Indiv. Prac. §§ 1(b), (c); Moses Emergency Indiv. Prac. § 1(a). Counsel are further advised that the parties are not at liberty to suspend "any further discovery of this date." Because of the national public health emergency, I have extended discovery deadlines and directed that depositions be conducted remotely. (*See* Dkt. No. 18.) I have not, however, stayed this case. The parties should be prepared to discuss the discovery schedule during the telephonic status conference scheduled for April 16, 2020, at 11:00 a.m.

Dated: New York, New York
       April 9, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] A copy of the parties' April 8, 2020 letter is attached to this Order.

LAW OFFICES
FREDRIC M. GOLD PC
A PROFESSIONAL CORPORATION

FREDRIC M. GOLD

LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVE., SUITE 1308
NEW YORK, NEW YORK 10123
212.244.2740
FAX 212.244.2258

www.myrailroadlawyer.net
fredricmgold@verizon.net

Via Email: Moses_NYSDChambers@nysd.uscourts.gov

April 8, 2020

Hon. Barbara C. Moses, USMJ
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: LeClair v. LIRR
19 cv 9790 (BCM)

Dear Judge Moses

This letter is submitted pursuant to your order to submit a status letter with regard to the above captioned case. At this time the parties have exchanged initial disclosure but under the present circumstances, have been unable to proceed with any further discovery as of this date.

As soon as is practicable, the parties will move forward with discovery and consult the Court at its conclusion with regard to the scheduling of a settlement conference.

Please contact us if anything additional is required.

Thank you for your attentions

Truly,

*Fredric M. Gold*

Fredric M. Gold

cc: J. Dennis McGrath, Esq.
LIRR Law Department