

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY LECLAIR,

        Plaintiff,                            19-CV-9790 (BCM)

    -against-                               **ORDER**

LONG ISLAND RAILROAD COMPANY,

        Defendant.

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic status conference held on April 16, 2020, it is hereby ORDERED that:

1. <u>Pre-Trial Schedule</u>.

    a. <u>Written Discovery</u>. The parties shall promptly serve their responses to each other's written discovery requests, and shall produce all relevant documents responsive to those requests (to the extent possible in light of the ongoing public health emergency) no later than **June 1, 2020**.

    b. <u>Fact Discovery</u>. All fact discovery, including depositions, shall be completed no later than **July 1, 2020**.

    c. <u>Expert Discovery</u>. Expert discovery, including depositions, shall be completed no later than **August 3, 2020**.

    d. <u>Telephonic Status Conference</u>. The Court will conduct a telephonic status conference on **June 2, 2020, 11:00 a.m.**, at which time the parties shall call in to the following teleconference: <u>call in number</u>: 888-557-8511; <u>access code</u>: 7746387. No later than **May 28, 2020**, the parties shall submit a joint letter, via ECF, updating the Court on the status of discovery, as well as any settlement efforts.

2. <u>Electronic Case Filing (ECF)</u>. Counsel are reminded that if they encounter difficulties submitting filings electronically via the Court's ECF system, they may contact the Court's ECF Help Desk, at (212) 805-0800, or the Court's staff in chambers, at (212) 805-0228. Instructions for ECF are also available on the Court's website, at https://www.nysd.uscourts.gov/electronic-case-filing.

Dated: New York, New York
April 16, 2020          **SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**