```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/28/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY LECLAIR,

       Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

       Defendant.

19-CV-9790 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has been informed that the parties have settled their dispute. (Dkt. No. 22.) Accordingly, it is hereby ORDERED that the status conference currently scheduled for June 2, 2020 is ADJOURNED *sine die*. The parties shall promptly file a stipulation of dismissal.

Dated: New York, New York
       May 29, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**